IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. C-18-0701 |
| JOSE EDWIN ALVARADO-CARBAJAL | § | |

### ORDER

The Defendant's motion to set pretrial conference and arraignment is (GRANTED)/~~DENIED~~.

It is hereby ORDERED that the arraignment currently scheduled be removed from the Court's docket.

It is further ORDERED that the arraignment and pretrial conference be scheduled for the 9th day of August, 2018 at 10:30 AM/~~PM~~ o'clock before JUDGE JASON B. LIBBY, at which time the Court will consider a plea to be entered by the defendant.

So ordered this 27 day of July, 2018.

~~HON. BRADLEY JANICE ELLINGTON~~
~~UNITED STATES MAGISTRATE JUDGE~~

Jason B. Libby
United State Magistrate Judge

1